# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: RAYTHEON ERISA LITIGATION | Master File No. 03 CV 10940 (RGS) |
| THIS DOCUMENT RELATES TO: | Judge Richard G. Stearns |
| All Actions | |

## MOTION OF CLASS COUNSEL FOR APPROVAL OF AWARD OF ATTORNEYS' FEES AND REIMBURSMENT OF EXPENSES AND CASE CONTRIBUTION COMPENSATION

Class Counsel hereby moves this Court, pursuant to Fed. R. Civ. P. 23(e), (g) and (h) for an Order:

1. Granting Class Counsel attorneys' fees in the amount of $1,400,000.00;

2. Directing reimbursement to Class Counsel in the amount of $60,916.29 for expenses incurred in the prosecution of the action;

3. Awarding compensation of $5,000.00 to each of the Named Plaintiffs in recognition of their case contribution; and

4. For such other and further relief as the Court may deem just and proper.

The grounds for this Motion are set forth in the following papers:

A. Declaration of Edward W. Ciolko ("Ciolko Declaration"), Lead Counsel for Plaintiffs (filed contemporaneously herewith);

B. Memorandum of Law in Support of Plaintiffs' Motion for Approval of Award of Attorneys' Fees and Reimbursement of Expenses, and Case Contribution Compensation (filed contemporaneously herewith).

5. A proposed form of Order is attached herewith as Exhibit A.

DATED:  January 29, 2007                    Respectfully submitted,

                                                          **GILMAN AND PASTOR, LLP**

                                                          By: /s/David Pastor_____
                                                                  **DAVID PASTOR**
                                                                   David Pastor
                                                                   GILMAN AND PASTOR, LLP
                                                                   225 Franklin Street, 16th Floor
                                                                   Boston, MA 02110
                                                                   Tel.: 617-742-9700
                                                                   Fax: 617-742-9701

                                                 Joseph H. Meltzer
                                                 Edward W. Ciolko
                                                 Mark K. Gyandoh
                                                 **SCHIFFRIN, BARROWAY,**
                                                    **TOPAZ & KESSLER, LLP**
                                                 280 King of Prussia Road
                                                 Radnor, PA 19087
                                                 Telephone:  (610) 667-7706
                                                 Facsimile:   (610) 667-7056

                                                 Peter H. LeVan, Jr.
                                                 **HANGLEY ARONCHICK SEGAL & PUDLIN**
                                                 One Logan Square – 27th Floor
                                                 Philadelphia, PA 19103
                                                 Telephone: (215) 496-7071
                                                 Facsimile: (215) 568-0300

<u>Certificate of Service</u>

I herby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on January 29, 2007.

<u>/s/ David Pastor</u>